■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v L.A. LEWIS, Appellant. [30 NYS3d 558]—Judgment of resentence, Supreme Court, New York County (Charles H. Solomon, J.), rendered August 23, 2011, resentencing defendant, as a second violent felony offender, to an aggregate term of 13 years, with five years' postrelease supervision, unanimously affirmed.

The resentencing proceeding imposing a term of postrelease supervision was neither barred by double jeopardy nor otherwise unlawful (see People v Lingle, 16 NY3d 621 [2011]; see also People v Brinson, 21 NY3d 490 [2013]). Concur—Tom, J.P., Saxe, Richter, Gische and Webber, JJ.